**Electronically Filed
Supreme Court
SCWC-25-0000025
13-AUG-2026
08:37 AM
Dkt. 14 OGAC**

SCWC-25-0000025

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

FRIENDS OF MĀHĀʻULEPŪ,
Petitioner/Appellant-Appellant,

vs.

KAUAʻI PLANNING COMMISSION, COUNTY OF KAUAʻI,
Respondent/Nominal Appellee-Appellee,

and

RP21 COCO PALMS LLC and COCO PALMS HUI LLC,
Respondents/Intervenors Appellees-Appellees.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000025; CASE NO. 5CCV-24-0000035)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Tonaki, assigned by reason of vacancy)

Pursuant to this court's discretion set forth in Hawaiʻi

Revised Statutes § 602-59(a), the court accepts

Petitioner/Appellant-Appellant Friends of Māhāʻulepū's

application for writ of certiorari filed on June 15, 2026.

Under Hawaiʻi Rules of Appellate Procedure Rule 40.1, this

court "may limit the question on review." Here, we limit the

question on review to questions presented "(1)" and "(2)" of Petitioner's application for writ of certiorari.

Oral argument will be scheduled. The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, August 13, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ John M. Tonaki